SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2009 JUN 15 PM 1:56

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA, *ex rel.* )
PHILLIP COX, and )
)
PHILLIP COX, individually, )
)
        Plaintiffs, )
) Civil Action No. 07 cv 3264
v. ) Judge Richard G. Kopf
) Magistrate Judge David L. Piester
ADVANCED INFORMATION SYSTEMS, INC.; )
GENERAL DYNAMICS ARMAMENT AND ) **FILED UNDER SEAL AND**
  TECHNICAL PRODUCTS, INC.; ) **EX PARTE**
GENERAL DYNAMICS AEROSPACE, INC.; )
GENERAL DYNAMICS COMBAT SYSTEMS, )
INC.; and )
GENERAL DYNAMICS MARINE SYSTEMS, )
INC., )
)
        Defendants. )

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

    1. the seal be lifted on the complaint and served upon the defendant by the relator;

    2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

    3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This _15_ day of _June_, 2009.

_____
RICHARD G. KOPF
United States District Judge