IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILLIP COX, | ) | 4:07CV3264 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| GENERAL DYNAMICS ADVANCED INFORMATION SYSTEMS, INC., | ) ) | |
| | ) | |
| GENERAL DYNAMICS ARMAMENT AND TECHNICAL PRODUCTS, INC., | ) ) | |
| | ) | |
| GENERAL DYNAMICS AEROSPACE, INC., | ) | |
| | ) | |
| GENERAL DYNAMICS COMBAT SYSTEMS, INC., and | ) ) | |
| | ) | |
| GENERAL DYNAMICS MARINE SYSTEMS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

   The plaintiff has filed a motion to dismiss without prejudice his claims against these four defendants: (1) General Dynamics Advanced Information Systems, Inc.; (2) General Dynamics Aerospace, Inc.; (3) General Dynamics Combat Systems, Inc.; and (4) General Dynamics Marine Systems, Inc. (Filing 32) The remaining defendant, General Dynamics Armament and Technical Products, Inc., states that it does not oppose the motion. (Filing 34) In any event, no answer or motion for summary judgment has been filed. *See* Fed.R.Civ.P. 41(a)(1)(A)(i). The court therefore finds that the motion should be granted. The court also finds there is no just reason for delay in entering judgment since the dismissal is without prejudice and the motion is unopposed. *See* Fed.R.Civ.P. 54(b).

   Accordingly,

   IT IS ORDERED that the plaintiff's motion to dismiss (filing 32) is granted, and that judgment shall be entered by separate document in accordance with this memorandum and order.

   August 31, 2009.          BY THE COURT:

                             *Richard G. Kopf*
                             United States District Judge