# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILLIP COX, | ) | 4:07CV3264 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GENERAL DYNAMICS | ) | |
| ARMAMENT AND TECHNICAL | ) | |
| PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 40) is granted, as follows:

Plaintiff shall have until October 28, 2009, to respond to Defendant's motion to dismiss (filing 38).

September 15, 2009.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge