IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILLIP COX, Individually, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3264 |
| | ) | |
| V. | ) | |
| | ) | |
| GENERAL DYNAMICS ARMAMENT AND TECHNICAL PRODUCTS, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the parties' joint motion to continue, (filing no. 42), is granted, and the parties' Rule 26(f) Report of Parties' Planning Conference shall be filed on or before thirty (30) days after the court rules on the defendant's pending motion to dismiss.

DATED this 25th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge