IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. PHILLIP COX, and PHILLIP COX, individually, | ) ) ) ) 4:07CV3264 ) |
| Plaintiff, | ) ) MEMORANDUM AND ORDER |
| v. | ) ) |
| GENERAL DYNAMICS ARMAMENT AND TECHNICAL PRODUCTS, Inc., | ) ) |
| Defendant. | |

At the Court's request a telephonic hearing on the Motion for Extension of Time in which to file the Report of Parties' Rule 26(f) Planning Conference (Filing No. 65) is set for Wednesday, April 28, 2010 at 3:30 P.M. Counsel for the defendant shall arrange for the conference call and contact the participants with the necessary information to enter the call.

DATED this 27th day of April, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge